UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANNON MYERS,** | : | |
| **Plaintiff** | : | CIVIL ACTION NO. 3:21-867 |
| v. | : | (JUDGE MANNION) |
| **CLINTON COUNTY CORRECTIONAL FACILITY,** *et al.,* | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendants' objections **(Doc. 20, Doc. 21)** to the report and recommendation pending before the court are **SUSTAINED**.

**(2)** The report and recommendation **(Doc. 19)** is **ADOPTED IN PART AND NOT ADOPTED IN PART**.

**(3)** The report and recommendation is **ADOPTED** to the extent that plaintiff's claims against defendants CCCF, Clinton County Prison Board, Snyder, Smeltz and Conklin; plaintiff's due process and equal protection claims under the Fourteenth Amendment; and plaintiff's claims for punitive damages against Clinton County and the Warden defendants in their official capacity are **DISMISSED**.

**(4)** The report and recommendation is **NOT ADOPTED** with respect to plaintiff's Eighth Amendment claim, as the court finds that the Colburn II standard should have been applied in evaluating that claim.

**(5)** The instant action is **REMANDED** to the magistrate judge for consideration of plaintiff's Eighth Amendment claim under the Colburn II standard.

s/ Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 11, 2022**
21-867-01-ORDER